Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Samuel Hills, appeals from a jury trial conviction of the class B felony of delivery of a controlled substance, RSMo § 195.211 (Cum.Supp.1990), entered by the Circuit Court of the County of St. Louis and for which appellant was sentenced as a class X offender to twelve years in the Missouri Department of Corrections. Appellant also appeals from the motion court's denial of his Rule 29.15 motion after an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the circuit court is not clearly erroneous. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the circuit court's judgment pursuant to Rules 30.25(b) and 84.16(b). A memorandum solely for the use the parties here involved has been provided explaining the reasons for our decision.

M. Deborah Benoit, Susman, Schermer, Rimmel & Shifrin, Clayton, for appellant.

Steve Vossmeyer, Newburger & Vossmeyer, St. Louis, for respondent.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

*ORDER*

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

∎

**In re MARRIAGE OF William J. BALMER, Jr. and Elizabeth M. Balmer.**

**William J. BALMER, Jr., Petitioner/Respondent,**

v.

**Elizabeth M. BALMER, Respondent/Appellant.**

No. 64740.

Missouri Court of Appeals, Eastern District, Division Three.

Feb. 21, 1995.

∎

**Deborah Allyn LARSON, Appellant,**

v.

**David Allen LARSON, Respondent.**

No. 65120.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 21, 1995.